1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11   JASON ALLAN SINGER,                  )   Case No. CV 09-8214 CJC(JC)
                                          )
12                      Petitioner,       )   (PROPOSED) ORDER ADOPTING
                                          )   FINDINGS, CONCLUSIONS, AND
13            v.                          )   RECOMMENDATIONS OF
                                          )   UNITED STATES MAGISTRATE
14   DIRECTOR OF CORRECTIONS,             )   JUDGE
     et al.,                              )
15                                        )
                        Respondents.      )
16                                        )
17   _____

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19   Habeas Corpus by a Person in State Custody (the "Petition") and all of the records
20   herein, including the attached Report and Recommendation of United States
21   Magistrate Judge ("Report and Recommendation"), and petitioner's objections to
22   the Report and Recommendation ("Objections").  The Court has further made a *de*
23   *novo* determination of those portions of the Report and Recommendation to which
24   objection is made.  The Court concurs with and adopts the findings, conclusions,
25   and recommendations of the United States Magistrate Judge and overrules the
26   Objections.
27          IT IS HEREBY ORDERED that Judgment be entered denying the Petition
28   and dismissing this action with prejudice.
     ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and on counsel for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  April 2, 2010

7

8  _____

9  HONORABLE CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28