UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON ALLAN SINGER, | ) | Case No. CV 09-8214 CJC(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ JUDGMENT |
| v. | ) | |
| DIRECTOR OF CORRECTIONS, et al., | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 2, 2010

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE